Commonwealth *v.* Davis, Appellant.

Submitted March 28, 1974. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant.

*Maxine J. Stotland, David Richman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, September 23, 1974:

In *Commonwealth v. White,* 228 Pa. Superior Ct. 23, 324 A.2d 469 (1974), we held that a defendant is entitled to a relitigation of a suppression motion when

he appeals from a Municipal Court conviction to the Common Pleas Court. This appeal concerns exactly the same issues and is governed by our decision. We, therefore, reverse the judgment of sentence and remand for a new trial consistent with the opinion in *Commonwealth v. White, supra.*

JACOBS, J., dissents.